**In re the Marriage of Garry BLANDFORD, Petitioner–Appellant,**

v.

**Wanda BLANDFORD, Respondent–Respondent.**

No. 65790.

Missouri Court of Appeals, Eastern District, Division Four.

April 25, 1995.

Bruce F. Hilton, Lawrence G. Gillespie, Eisen, Gillespie & Hilton, Webster Groves, for appellant.

Kathryn P. Taylor, St. Louis, for respondent.

Before AHRENS, P.J., SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Husband appeals the maintenance, support, and college expense provisions of a dissolution decree.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).